IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:19CR168 |
| v. | |
| DENNIS CHEBON KIBOWEN, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 36) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 13) against defendant Dennis Chebon Kibowen. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 36) is granted.
2. The Indictment (Filing No. 13) is dismissed without prejudice.

Dated this 21st day of January 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge